UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROBINSON ESPINAL,

Defendant.

26-cr-461 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As stated on the record, the detention hearing in this case is ADJOURNED to tomorrow, October 8, 2026, at 4:00 pm. The government should submit a letter in support of its motion to revoke Espinal's bail by midnight tonight. Defense counsel can submit a letter in response by noon tomorrow. If the parties wish to submit any information in their letters under seal, they can send their letters to chambers via email.

SO ORDERED.

Dated: October 7, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge