UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-against-

Robinson Espinal

Defendant

26 CR 461 (AS )

**ORDER**

**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

**United States District Judge**

Dated: New York, New York
October 8, 2026